United States District Court

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 21 2024

JEFFREY P. COLWELL
CLERK

Eric D. Warren,              )

                             )

        Plaintiff,           )

                             )

Vs.                          )          Case NO._____

                             )

United States of America,    )

                             )

        Defendant.           )

## COMPLAINT

1.  Plaintiff, Eric D. Warren, pro se, is a prisoner confined in the United States Penitentiary in Florence, CO, an agency of the Defendant.

2.  Plaintiff seeks compensatory and punitive damages against Defendant for its negligence in Failing to protect him from retaliation and sexual harassment from its employee, K. Linsey, a medical Staff person at said facility. Plaintiff's beatings and stabbings were a direct and proximate result of K> Linsey's retaliatory actions against the Plaintiff for his refusal to engage in a sexual relationship with her by falsely labeling him as a sex offender.

## Jurisdiction and Venue

3.  This Court has subject matter jurisdiction over this matter pursuant to 28 U>S>C> Section 1331,

In that this action arises under the laws of the United States of America and is premised on the

Negligence and failure of Defendant to properly train and supervise its employees and agents, who

Were acting under color of federal law. This court further has subject matter jurisdiction over this

Matter pursuant to 28 U>S>C> Section 1346(b), in that this action is a claim against the Defendant

For money damages accruing on or after January 1st, 1945, for personal injuries caused by the

Negligent and wrongful acts and omissions of an employee of the Defendant while she was acting under

Color of federal law and within the course and scope of her office and employment, under

Circumstances where the Defendant if a private person would be liable to the Plaintiff herein. Pursuant

To the Federal Tort Claims Act, Plaintiff presented his claims hereunder to the appropriate federal

Agency for administrative settlement under the federal Tort Claims Act and requested $1,500,000

In damages. By letter dated 02-13-2024, Plaintiff was informed that Defendant had until 02-24-2024

To make an administrative determination on his claims. Defendant formally denied Plaintiff's action.

Thisw action was then timely filed in this Court.

- 2 -

4. Venue is proper in this district pursuant to 28 U.S.C.  Section s 1391(b) and 1391 (c) , that the acts

Giving rise to this complaint occurred within this judicial district.

## Statement of Claims

5. Plaintiff was confined in the custody of the Bureau of Prisons or about 2021 and was assigned  to

The ADX, Florence-High, Florence, CO.

6. K> Linsey was an employee of the Bureau of Prisons and worked in the ADX facility at Florence,

Colorado.

7. Prisoner Rakman Auliyra and Brandon Gill, as well as medical staff member Newsome, warned

The Plaintiff that K. Linsey was involved in several illicit relationships with other prisoners and to

Stay away from her.

8. On or about November 1, 2021, K. Linsey approached Plaintiff's cell and discussed giving him a

Flu vaccine.  Plaintiff refused the flu shot.

9. K. Linsey subsequently propositioned Plaintiff to engage in a relationship with her in exchange

For contraband and other special privileges.

10.  Plaintiff refused  K. Linsey's sexual advances.

11.  K. Linsey subsequently left Plaintiff's cell and within minutes two prison guards came to the

Plaintiff's cell and demanded that he submit to a search of his cell.

12.  When Plaintiff asked the guards why his cell was being searched, the guards told Plaintiff to

"bring your perverted sex offender  ass out of the cell right now."

13.  Throughout the search, the two prison guards referred to him as a "perverted sex offender,

Even though said guards knew he was not a sex offender.

14.  After the search, the prison guards escorted Plaintiff to the Special Housing Unit.

15.  Plaintiff subsequently complained to prison staff that he had been placed in the Special Housing

Unit for no apparent reason  but his complaints were ignored.

16.  For the next 30 days, Plaintiff was beaten by prison guards and continuously labeled as a sex

Offender  and was denied a blanket to keep warm

— 4 —

, and he was not allowed to call his attorney , his clergy or his family.

17. Plaintiff was subsequently returned to general population, where he was labeled as a sex offender By prison staff, including but not limited to K. Linsey.

18. Plaintiff was subsequently beaten and stabbed by several prisoners over the next 18 months.

19. Plaintiff was informed and believes that these beatings and stabbings were the direct and Proximate result of K> Linsey's  actions in spreading malicious rumors within the facility that he was A sex offender and for his refusal to engage in a sexual relationship with her.

20. The negligent and intentional acts of K. Linsey and other agents and employees of the Defendant were committed while they acted within the course and scope of their employment.

21. As a direct and proximate result of the acts and omissions of  Defendant's employees and Agents as described herein, Plaintiff will require future periodic mental health counseling and extensive Medical treatment for chronic pain and physical rehabilitation.

**WHEREFORE**, Plaintiff demands judgment against the Defendant as follows:

a.  The sum of $1,500,000;

b.  Costs of this suit;

c.  Post-judgment interest;  and ,

d.  Such other relief as the Court may deem just and proper.

Respectfully submitted,

*Eric D. Warren*

Eric D> Warren #59004-177   *4:01 PM*   *10-16-2024*

ADX Florence-High

P>O> Box 8500

Florence, CO  81226

## Certificate of Service

I hereby certify that on or about this *16* day of October, 2024, I mailed a copy of this pleading

To Mary Noland, Regional Counsel, Federal Bureau of Prisons, 400 State Avenue, Tower II, Suite 300,

Kansas city, KS  66101, attorney for Defendant.

*Eric D. Warren*

Eric Warren   *4:01 PM*

*10-16-2024*

— 6 —

October 16 2024

Office of the Clerk

Alfred A. Arraj Courthouse

901 19th Street

Denver, CO 80294


Dear Clerk:

Please find enclosed and original and two copies of a complaint under the Federal Tort Claims Act. Upon filing, please return a copy of the same, date stamped filed. Your prompt attention to this Matter would be greatly appreciated.

Sincewrely,

*Eric D. Warren*

4:01 PM

Eric D. Warren   10-16-2024

#59004-177

USP Florence- High

US Penitentiary

P>O> Box7000

Florence, CO 81226

**U.S. Department of Justice**
Federal Bureau of Prisons
*Federal Correctional Complex*
P.O. Box 6500 7000
*Florence, CO 81226*

Official Business

# 59004-177

Eric Dion Warren
USP Penitentiary Florence
P.O Box 7000
Florence, Co 81226

OFFICE of the Clerk
Alfred A. Arraj Courthouse
901 19th Street
Denver, Co 80294



